IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BETTY G. NABORS,**

      **Plaintiff,**

v.                                          Case No. 4:14cv437-MW/CAS

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
<u>**RECOMMENDATION**</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is

1

**REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings. "   The Clerk shall close the file.

    **SO ORDERED on June 8, 2015.**

                                    <u>**s/Mark E. Walker**</u>
                                    **United States District Judge**