IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BETTY NABORS,**

    **Plaintiff,**

v.                                      Case No. 4:14cv437-MW/CAS

**NANCY A. BERRYHILL,**
**Deputy Commissioner for**
**Operations, performing the**
**duties and functions not**
**reserbed to the Commissioner**
**of Social Security,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Counsel for Plaintiff has filed her Unopposed Petition for Authorization of an Attorney Fee Pursuant to the Social Security Act. ECF No. 24. Upon consideration,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's unopposed petition for attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $28,253.50 is **GRANTED**. The Deputy Commissioner shall disburse $28,253.50 to Plaintiff.

1

Upon receipt of the fee authorized pursuant to the petition and the EAJA, the lesser of the two will be refunded to the Plaintiff." The Clerk shall close the file.

**SO ORDERED on May 4, 2018.**

                                          s/Mark E. Walker
                                          **United States District Judge**